UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVSION

| | |
|---|---|
| DANA GLENN, <br><br> Plaintiff, <br><br> vs. <br><br> NASSCOND, INC., NOTES FOREVER, INC., OUMROW R SINGH, <br><br> Defendants. | 4:15-CV-10270-TGB <br><br><br> DEFAULT JUDGMENT FOR MONETARY DAMAGES AND DECLARATION OF INTEREST IN REAL PROPERTY |

WHEREAS, Plaintiff commenced this action on October 29, 2014, in the Wayne County Circuit Court. The matter was removed to this Court by a defendant no longer a party to this action on January 22, 2015;

WHEREAS, this Court entered Defaults against Defendants Nasscond, Inc., Notes Forever, Inc. and Oumrow R. Singh, on February 2, 2017 and on March 7, 2018;

WHEREAS, Plaintiff has submitted a Motion for Entry of this Default Judgment, along with an Affidavit in Support and a Brief in support of such Motion;

WHEREAS, this Court is otherwise fully advised on the premises; NOW THEREFORE, IT IS ORDERED AND ADJUDGED AS FOLLOWS:

A. Judgment is entered against Defendants Nasscond, Inc., Notes Forever, Inc., and Oumrow R. Singh, jointly and severally, in the amount of $66,140.25, together with statutory interest from and after the filing of the Complaint, and Plaintiff may have execution thereon and may be offset against the amounts deemed due such Defendants and secured by the recorded mortgage which amounts are determined to be $106,961.15;

B. The Complaint relates to that certain real property located at 1332 Village Drive, Detroit, Michigan 48207 (the "Property"), more fully described as follows:

> County of Wayne, City of Detroit, State of Michigan: Unit 19, Building 4, Bradby Townhomes, a condominium project; according to the Master Deed recorded in Liber 32631, Pages 52 through 117, inclusive, Wayne County Records and designated as Wayne

County Condominium Subdivision Plan No. 567, together with rights in general common elements and limited common elements, as set forth in the above described Master Deed and as described in Act 59 of the Public Acts of 1978, as amended.

C. That certain Mortgage recorded in Liber 37575, beginning at Page 2256, Instrument No. 203101476, in the Wayne County Register of Deeds on January 15, 2003; and that certain Assignment of Mortgage recorded in Liber 44978, Page 46, as Instrument No. 206355827 on July 5, 2006; and that certain Assignment of Mortgage recorded in Liber 47990, Page 502, as Instrument No. 209248557, on June 24, 2009; and that certain Assignment of Mortgage recorded in Liber 50099, beginning at Page 1498, as Instrument No. 2012349256, on September 12, 2012; (together referred to as the "Mortgage") now presently held by Defendant Nasscond, Inc., shall be deemed discharged and held for naught on the availability of the payment of $40,820.90 dollars available to Nasscond, Inc., as follows:

> 1. Upon the sale of the Property, the amount of $40,820.90 shall be deposited with the clerk of this court from the proceeds of such sale for the benefit of Nasscond, Inc., or its nominee; and,
>
> 2. The funds shall be released to Nasscond, Inc. by the clerk of this court upon the request of Nasscond, Inc.;

D. Immediately upon disbursal of the sum of $40,820.90 to the clerk of this court out of proceeds of sale, the clerk of this court shall submit a writing to Estates Title Agency, LLC that the clerk has received the funds tendered on behalf of Plaintiff in accordance with this judgment and Estates Title Agency, LCC shall be immediately authorized to record a copy of this Default Judgment together with an Affidavit that disbursal to the Clerk of this court has been made in accordance with the provisions of this Default Judgment; and,

E. Upon such recordation, the Mortgage shall be deemed to have been discharged and will be null and void, no longer creating a lien against the Property described in paragraph B above.

**SO ORDERED**.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2018

### Certificate of Service

I hereby certify that this Order was electronically submitted on September 19, 2018, using the CM/ECF system, which will send notification to each party.

s/A. Chubb
Case Manager