UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANA GLENN,<br><br>Plaintiff,<br><br>vs.<br><br>NASSCOND, INC., ET AL.,<br><br>Defendants. | 4:15-CV-10270-TGB<br><br>ORDER TO DEPOSIT FUNDS WITH THE COURT |

In accordance with the Order dated September 19, 2018:

IT IS ORDERED that the Clerk of Court shall deposit the amount of $40,820.90 in an interest-bearing account for the benefit of Nasscond, Inc., or its nominee. The Clerk shall deduct from the account any fee authorized by the Judicial Conference of the United States.

The funds shall be released to Nasscond, Inc. by the clerk of this court upon the request of Nasscond, Inc., subject to a subsequent Order for withdrawal of funds.

Immediately upon disbursal of the sum of $40,820.90 to the

clerk of this court out of proceeds of sale, the clerk of this court shall submit a writing to Estates Title Agency, LLC that the clerk has received the funds tendered on behalf of Plaintiff in accordance with this judgment and Estates Title Agency, LCC shall be immediately authorized to record a copy of the Default Judgment together with an Affidavit that disbursal to the Clerk of this court has been made in accordance with the provisions of the Default Judgment; and,

Upon such recordation, the Mortgage shall be deemed to have been discharged and will be null and void, no longer creating a lien against the Property described in the Court's Default Judgment Order dated September 19, 2021.

DATED this 26th day of August, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge